# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2026-0068
LT Case No. 2006-CF-068788-A

———————————————

CHRISTOPHER SAMUELS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

3.850 Appeal from the Circuit Court for Brevard County.
Laura Michelle Moody, Judge.

Christopher Samuels, Perry, pro se.

James Uthmeier, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


April 16, 2026


PER CURIAM.

   AFFIRMED.


MAKAR, LAMBERT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____